IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LL&E MINING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-374C |
| | ) | (Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO STAY

Pursuant to RCFC 1, defendant respectfully requests that this case be stayed pending a decision from the United States Court of Appeals for the Federal Circuit on plaintiffs' request for rehearing *en banc* in Tesoro Hawaii Corporation v.United States, No. 04-5064 (Fed. Cir. April 26, 2005). Plaintiff does not oppose this request.

This is one of approximately 30 cases now pending before this Court that concern the legality of pricing clauses in Department of Defense jet fuel contracts. The cases were formally stayed or otherwise delayed, pending the court's decision in Tesoro Hawaii, an interlocutory appeal from two of these cases, Tesoro Hawaii v. United States, 58 Fed. Cl. 65 (2003), and Hermes Consolidated, Inc. v. United States, No. 02-1460C, 2003 U.S. Claims Lexis 312 (November 3, 2003). The issues resolved in Tesoro are central to the resolution of these cases, including this one.

Since the issuance of the appellate court's decision, this Court has issued orders requiring the parties in those cases to file status reports concerning how the parties intend to proceed. The parties' counsel in those cases are the counsel in this case, and also are the counsel in the appellate case. They have agreed to recommend that the Court stay all affected cases, because

appellant Tesoro intends to file a suggestion for rehearing *en banc* in Tesoro Hawaii.

RCFC 1 requires that this Court's rules be "construed and administered for the just, speedy, and inexpensive determination of every action." Given that controlling questions are before the appellate court, any effort expended in this case, until the applicable law has been clarified, would appear to be unproductive.

For these reasons, defendant respectfully requests that the case be stayed, and that the parties file status reports every 60 days commencing on July 13, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

BERNARD A. DUVAL
Counsel

HOWARD M. KAUFER
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Ft. Belvoir, VA

May 16, 2005

CERTIFICATE OF FILING

I hereby certify that on May 16, 2005, a copy of the foregoing "DEFENDANT'S MOTION TO STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven J. Gillingham