# In the United States Court of Federal Claims

No. 05-374C
(Filed: May 20, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

LL&E MINING, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's May 16, 2005 motion to stay proceedings in this action pending a decision from the United States Court of Appeals for the Federal Circuit on plaintiff's request for rehearing *en banc* in *Tesoro Hawaii Corporation* v. *United States*, No. 04-5064 (Fed. Cir. April 26, 2005). The motion is unopposed. For good cause shown, the motion is granted. The parties are directed to file status reports every 60 days commencing on July 13, 2005.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge