IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LL&E MINING, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-374C |
| vs. | ) | (Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STATUS REPORT**

Pursuant to the Court's May 20, 2005 Order, Plaintiff, LL&E Mining, Inc. ("LL&E"), on behalf of both LL&E and Defendant, the United States, respectfully submits this Status Report in response to the Court's inquiry concerning resolution of the petition for rehearing *en banc* in the similarly-situated case of *Tesoro Hawaii Corporation, et al. v. United States*, No. 04-5064 (Fed. Cir. Apr. 26, 2005).

Plaintiffs-Appellants in *Tesoro*, also represented by counsel of record for LL&E here, filed a petition for rehearing *en banc* before the Federal Circuit on June 10, 2005. The Federal Circuit requested that the Government in *Tesoro* file a response to the petition, which the Government filed on July 8, 2005.

In accordance with the Court's May 20, 2005 order, the parties will file a subsequent status report within the next 60 days.

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Counsel for Plaintiff, LL&E Mining, Inc.

*Of Counsel:*

Nickolas J. Lorentzatos
Burlington Resources
5051 Westheimer, Suite 1400
Houston, Texas 77056

July 12, 2005