# In the United States Court of Federal Claims

No. 05-374C
(Filed: September 16, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * *

LL&E MINING, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

On September 15, 2005, I allowed to be filed by my leave plaintiff's unopposed motion for leave to substitute counsel of record. By this order, plaintiff's motion is granted. Accordingly, the clerk is directed to substitute Anthony H. Anikeeff for J. Keith Burt as counsel of record in this matter.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge