# In the United States Court of Federal Claims

No. 05-374C
(Filed: September 16, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

LL&E MINING, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On September 15, 2005, I allowed to be filed by my leave plaintiff's unopposed motion for an enlargement of time to submit a status report. By this order, plaintiff's motion is granted to and including November 14, 2005.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge