# In the United States Court of Federal Claims

No. 05-374C
(Filed: December 1, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * * *

LL&E MINING, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiff's November 14, 2005 unopposed motion for a stay of proceedings pending the resolution of cross motions for summary judgment that have been or are soon to be submitted in numerous analogous cases. The motion is granted. The parties are directed to file a joint status report every 120 days commencing March 1, 2006, regarding the status of the pending motions and settlement discussions.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge