IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LL&E MINING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-374C |
| | ) | Senior Judge Bruggink |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**LEAVE TO SUBSTITUTE COUNSEL OF RECORD**

Pursuant to RCFC 83.1(c)(4), Plaintiff, LL&E Mining, Inc. ("LL&E"), respectfully submits its Unopposed Motion for Leave to Substitute Counsel of Record. LL&E respectfully requests that J. Keith Burt of Mayer, Brown, Rowe & Maw LLP be substituted for Anthony H. Anikeeff of Bracewell & Giuliani LLP as its counsel of record in this matter.

In March 2006, LL&E's parent, Burlington Resources, Inc., was acquired by ConocoPhillips, Inc. ("ConocoPhillips"). As a result of this acquisition, ConocoPhillips has instructed Mr. Anikeeff to transfer responsibility of this matter to Mr. Burt. Currently, Mr. Burt represents ConocoPhillips in *ConocoPhillips, Inc. v. United States*, No. 02-1367 (Fed. Cl.), a similarly situated case involving the same fundamental issues concerning the legality of DESC's military fuel prices that are present in this case. ConocoPhillips has determined that Mr. Burt should represent both LL&E in this case and its interests in *ConocoPhillips*. Pursuant to RCFC 83.1(c)(4), an affidavit of appointment executed by Mr. Burt and a letter of consent from Mr. Anikeeff are annexed to this motion. (*See* Exs. 1 and 2.)[1]

[1] Prior to Mr. Anikeeff's entering his appearance in this matter on September 16, 2005, Mr. Burt was counsel of record for LL&E.

For the foregoing reasons, LL&E respectfully requests that Plaintiff's Unopposed Motion to Substitute Counsel of Record be granted.

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, NW
Washington, DC 20006-1101
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Attorneys for Plaintiff,
LL&E Mining, Inc.

July 11, 2006