# **Exhibit 1**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LL&E MINING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-374C |
| | ) | Senior Judge Bruggink |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF J. KEITH BURT**

I, J. Keith Burt, state the following in support of LL&E Mining, Inc.'s Unopposed Motion to Substitute Counsel of Record:

1. I am a partner in the law firm of Mayer, Brown, Rowe & Maw LLP, located in Washington, DC.

2. I am a member in good standing of the bar of the United States Court of Federal Claims.

3. I recently have been retained to represent the interests of LL&E Mining, Inc. ("LL&E"), in the action of *LL&E Mining, Inc. v. United States*, No. 05-374 (Fed. Cl.), presently pending before this Court.

4. The current counsel of record in this matter is Anthony H. Anikeeff of Bracewell & Giuliani LLP.

5. In March 2006, LL&E's parent, Burlington Resources, Inc., was acquired by ConocoPhillips, Inc. ("ConocoPhillips"). As a result of this acquisition, ConocoPhillips has instructed Mr. Anikeeff to transfer responsibility of this matter to Mr. Burt. Currently, Mr. Burt represents ConocoPhillips in *ConocoPhillips, Inc. v. United States*, No. 02-1367 (Fed. Cl.), a similarly situated case involving the same fundamental issues concerning the legality of DESC's

military fuel prices that are present in this case. ConocoPhillips has determined that Mr. Burt should represent both LL&E in this case and its interests in *ConocoPhillips*.

6. Mr. Anikeeff consents to this transfer of representation.

I signed this affidavit on July 11, 2006, at Washington, DC.

J. Keith Burt

J. Keith Burt

SUBSCRIBED AND SWORN TO BEFORE ME ON 7/11/06 at Washington, DC.

David Robrecht

Name of Notary

Notary Public in and for
the District of Columbia

My commission expires on
3/14/2011.