# **Exhibit 2**

BRACEWELL & GIULIANI LLP

Anthony H. Anikeeff
Partner

2000 K Street NW, Suite 500
Washington, D.C. 20006-1872
Office 202.828.7636
Fax 202.857.2142
anthony.anikeeff@bracewellgiuliani.com

June 28, 2006

J. Keith Burt, Esq.
Mayer, Brown, Rowe, and Maw, LLP
1909 K Street, N.W.
Washington, DC 20006-1101

***VIA MESSENGER***

Re: *LL&E Mining, Inc. v. United States*, No. 05-374C (Fed. Cl.)

Dear Keith:

This is to confirm that neither I nor LL&E Mining, Inc. objects to the transfer of representation of LL&E Mining in the above referenced matter to you and your firm from the undersigned.

Very truly yours,

Bracewell & Giuliani LLP

Anthony H. Anikeeff