IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LL&E MINING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-374C |
| v. | ) | (Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's December 1, 2005 Order, Plaintiff, LL&E Mining, Inc., on behalf of both parties, respectfully submits this Joint Status Report. The Court's December 1, 2005 Order directed the parties to submit a Joint Status report every 120 days apprising the Court of the status of the similarly situated military fuel cases pending before the Court. Since the last Joint Status Report, decisions were issued in *La Gloria Oil and Gas Company v. United States*, No. 02-465C (Fed. Cl. Aug. 28, 2006) (granting DESC's Motion to Dismiss), *Chevron USA, Inc. v. United States*, No. 03-288C (Fed. Cl. Sept. 7, 2006) (denying without prejudice Plaintiffs' Rule 56(f) Motion and directing submission of a revised motion), and *ConocoPhillips v. United States*, No. 02-1367C (Fed. Cl. Sept. 12, 2006) (granting DESC's Motion to Dismiss). In addition, stays of proceedings were entered in *Flint Hills Resources LP v. United States*, No. 02-426C

(Fed. Cl. Sept. 13, 2006), *Valero Refining-Texas, L.P. v. United States*, No. 03-1916C (Fed. Cl. Sept. 22, 2006), and *Chevron USA, Inc. v. United States*, No. 03-288C (Fed. Cl. Sept. 22, 2006).

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Counsel for Plaintiff,
LL&E Mining, Inc.

September 27, 2006