IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LL&E MINING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-374C |
| v. | ) | (Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's December 1, 2005 Order, Plaintiff, LL&E Mining, Inc., on behalf of both parties, respectfully submits this Joint Status Report. The Court's December 1, 2005 Order directed the parties to submit a Joint Status report every 120 days apprising the Court of the status of the similarly situated military fuel cases pending before the Court. Since the last Joint Status Report, a decision was issued in *Tesoro Hawaii Corp. v. United States*, No. 02-704C (Fed. Cl. Sept. 29, 2006) (granting DESC's Motion to Dismiss). In addition, notices of appeal were filed in *ConocoPhillips v. United States*, No. 02-1367C (Fed. Cl. Oct. 3, 2006), *La Gloria Oil and Gas Company v. United States*, No. 02-465C (Fed. Cl. Oct. 25, 2006) and *Tesoro Hawaii Corp. v. United States*, No. 02-704C (Fed. Cl. Nov. 29, 2006).

The parties respectfully request that, in lieu of filing Joint Status Reports every 120 days, they instead file a Joint Status Report within thirty days of the issuance of the mandate of the United States Court of Appeals for the Federal Circuit in one of the three similarly situated cases pending before that court. Such a revision to the stay order would

be consistent with the stays in effect in several other similarly situated cases and would conserve the resources of this Court and the parties.

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Counsel for Plaintiff,
LL&E Mining, Inc.

January 26, 2007