# In the United States Court of Federal Claims

No. 05-374C
(Filed: February 1, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * *

LL&E MINING, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the parties' Joint Status Report filed January 26, 2007, this case remains stayed. The parties are directed to file a joint status report within thirty days of the issuance of a mandate of the United States Court of Appeals for the Federal Circuit in one of the three similarly situated cases pending before that court, i.e., *Conoco Phillips v. United States*, No. 02-1367C; *La Gloria Oil and Gas Company v. United States*, No. 02-465C; and *Tesoro Hawaii Corp. v. United States*, No. 02-704C.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge